BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

FILED

MAY 13 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-SW-00001-AC |
| | 2:13-SW-00002-AC |
| Plaintiff, | |
| | ORDER RE: REQUEST TO UNSEAL |
| v. | SEIZURE WARRANT AND SEIZURE |
| | WARRANT AFFIDAVIT |
| ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 3445818432, HELD IN THE NAME OF ARIS C. TOLEDO, IN AN AMOUNT UP TO AND INCLUDING $207,500, and | |
| ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 9553734865, HELD IN THE NAME OF TRIPLE A'S SPORTING GOODS, IN AN AMOUNT UP TO AND INCLUDING $237,600, | |
| DEFENDANTS. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 5/13/2013

CAROLYN K. DELANEY
United States Magistrate Judge

1

Order Re: Request to Unseal Documents